**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00518-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KENNETH ANTHONY BABBITT,

        Defendant.

---

**ORDER TERMINATING PROBATION**
**PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On August 15, 2006, the probation officer submitted a Petition for Early Termination of Probation in this case.  On August 15, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

      The petition was served on the United States on August 16, 2006.  The United States has had the petition for 15 days and has not submitted any objections to the proposed term of probation.  Accordingly it is

      **ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

      **DATED** at Denver, Colorado, this 12th day of September, 2006.

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>

_____        Wiley Y. Daniel
                                   United States District Judge